UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CUIFEN WANG,

                Plaintiff,

v.

UR M. JADDOU, and ANTONY J. BLINKEN,

                Defendants.

22-CV-7401 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 22, 2022, Plaintiff, through counsel, filed a notice of voluntary dismissal, Dkt. 10, and on November 23, 2022, her counsel explained via letter that the action was being dismissed on grounds of mootness, Dkt. 11.  Accordingly, the initial pretrial conference scheduled for February 10, 2023 is hereby adjourned.  The Clerk of Court is respectfully directed to close this action.

SO ORDERED.

Dated:     February 1, 2023
             New York, New York

_____
Hon. Ronnie Abrams
United States District Judge